IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                      ORDER

                Plaintiff,

                                                 10-cr-188-bbc
                                                 12-cv-416-bbc

    v.

JENNIFER CHANEY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On June 11, 2012, defendant filed a motion for post conviction relief under 28 U.S.C. § 2255.  She has now written to the court to ask for appointment of counsel. Her motion will be denied.  Defendant has no right to a lawyer on a post conviction motion.  It is within my discretion to appoint one for her but as a general rule, I do not appoint counsel on post conviction motions until and unless the defendant has brought a motion that requires an evidentiary hearing. If, after review of defendant's § 2255 motion, I determine that an evidentiary hearing is necessary, I will appoint counsel to represent her on her motion.

1

ORDER

IT IS ORDERED that defendant Jennifer Chaney's motion for appointment of counsel is DENIED without prejudice.

Entered this 20th day of June, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge