IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Jennifer Chaney,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-416-bbc

United States of America,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner Jennifer Chaney's motion pursuant to 28 U.S.C. § 2255.

_____    6/27/12
Peter Oppeneer, Clerk of Court         Date